IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:08cr00282-TSE |
| | ) The Honorable T. S. Ellis, III |
| BRANDON MICHAEL STACY | ) |
| | ) |
| Defendant | ) |

## SUPPLEMENTAL SENTENCING MEMORANDUM

COMES NOW, the Defendant, Brandon Michael Stacy, by counsel, and moves this Honorable Court to consider the attached letters from the Defendant's parents, Karen and Michael Stacy, the Defendant's wife, Sarah Stacy and a long time family friend of the Stacys, Thomas J. Quasney along with the presentence report and the prior memorandums filed by counsel for the parties in this matter.

Respectfully submitted,

BRANDON MICHAEL STACY
By Counsel

/s/
James C. Clark, Esquire
Virginia Bar No. 15910
Attorney for Defendant
LAND, CLARK, CARROLL, MENDELSON & BLAIR, P.C.
524 King Street
Alexandria, Virginia 22314
Phone:  (703) 836-1000
Fax:     (703) 549-3335
jclark@landclark.com

## Certificate of Service

      I hereby certify that on the 23rd day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Steven D. Mellin at steve.mellin@usdoj.gov, USAVAE.ALX.ECF.NAR@usdoj.gov, heather.lee@usdoj.gov ; Meredith Mills at Meredith.Mills2@usdoj.gov, USAVAE.ALX.ECF.NAR@usdoj.gov and to Kelly Bunce, Probation Office, Alexandria, Virginia, by facsimile transmittal to 703-299-2350.

                                                   /s/
                                 James C. Clark, Esquire
                                 Virginia Bar No. 15910
                                 Attorney for Defendant
                                 LAND, CLARK, CARROLL, MENDELSON & BLAIR, P.C.
                                 524 King Street   Alexandria, Virginia 22314
                                 Phone:   (703) 836-1000
                                 Fax:       (703) 549-3335
                                 jclark@landclark.com