IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08cr282 |
| | ) | |
| BRANDON MICHAEL STACY | ) | |

### ORDER

The matter came before the Court on government's motion to reduce his sentence under Rule 35, Fed. R. Crim. P.

Accordingly, for the reasons stated from the Bench,

It is hereby **ORDERED** that the government's motion for reduction of sentence (Doc. No. 21) is **GRANTED.**

It is further **ORDERED** that defendant's sentence is reduced from one hundred and twenty (120) months to forty (40) months with all other terms and conditions of sentence to remain in full force and effect.

The Clerk is directed to send a copy of this Order to the Bureau of Prisons and all counsel of record.

Alexandria, Virginia
March 11, 2011

/s/
T. S. Ellis, III
United States District Judge

*Unsealed 3/21/11*

~~UNDER SEAL~~

Scanned to USTO JNC    cc: USMS/POP    Copies mailed to Counsel of Record